UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE RICHARDSON,<br><br>    Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $745,355.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. 2:17-cr-0044-KJM<br><br><br><br><br><br><br><br>No. 2:17-cv-01102-KJM-DB<br><br><br><br><br><br><br><br>**RELATED CASE ORDER** |

Examination of the above-captioned civil and criminal actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1).

/////

1

| | |
|---|---|
| 1 | Under Rule 123, related cases are generally assigned to the judge to whom the first |
| 2 | filed action was assigned. The cases here have both already been assigned to the undersigned; |
| 3 | this order affirms the relation. |
| 4 | It is therefore ORDERED that Case No. 17-cv-001102-KJM-DB and Case No. |
| 5 | 2:17-cr-0044-KJM are related. The caption on documents filed in both cases will remain |
| 6 | unchanged. |
| 7 | IT IS SO ORDERED. |
| 8 | DATED: June 12, 2017. |

_____
UNITED STATES DISTRICT JUDGE