**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916)444-5558

Attorney for Defendant
**JAMIE RICHARDSON**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JAMIE RICHARDSON,<br><br>   Defendant. | CASE NO. 2:17-CR-00044<br><br>**NOTICE AND WITHDRAWAL OF MOTION FOR BAIL REVIEW**<br><br>DATE: February 22, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Defendant, JAMIE RICHARDSON, by and through his undersigned attorney JOHNNY L. GRIFFIN III, hereby withdraws his motion for bail review currently scheduled for hearing on February 22, 2018 at 2:00 p.m. before the Honorable Deborah Barnes. Defendant requests that the hearing date of February 22, 2018 at 2:00 p.m. be vacated.

Dated: February 21, 2018                             Respectfully submitted,

                                                                    /s/ JOHNNY L. GRIFFIN, III
                                                                    Attorney for Defendant
                                                                    JAMIE RICHARDSON

**IT IS SO ORDERED**

Dated: February 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

NOTICE OF WITHDRAWAL OF MOTION
FOR BAIL REVIEW

1