McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00044-KJM |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| JAMIE RICHARDSON, MICHAEL SNOWDEN-HALL, AND JAYMAR ROSS, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's 126-page affidavit pertaining to defendants JAMIE RICHARDSON, MICHAEL SNOWDEN-HALL, and JAYMAR ROSS, and the government's Request to Seal Documents shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

///

1

government would be harmed. In light of the public filing of its request to seal, the Court further finds at this time that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

DATED:  August 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE