**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (#118694)**
**MANOLO H. OLASO (#195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Phone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Defendant Jamie Richardson

# UNITED STATES DISTRICT COURT

# EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMIE RICHARDSON, et al.,<br><br>      Defendants. | Case No. 2:17-CR-0044-KJM<br><br>**Order re: Defendant Jamie Richardson's Request to Seal Submitted Documents**<br><br>Hearing Date: August 31, 2020<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>Before the Honorable Kimberly J. Mueller |

Based on the Court's review of Richardson' Request to Seal Documents, on the partially redacted wiretap applications, search warrant application, and their supporting affidavits submitted to the chambers clerk, and on all papers filed in this action thus far, the Court:

____Denies the defendant's Request to Seal Documents.

_X_ Grants the defendants' Request to Seal Documents and hereby orders that the partially redacted wiretap applications, search warrant application, and their supporting affidavits be filed under seal, pending further order of the court.

**IT IS SO ORDERED.**

DATED: August 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1

Case Number 2:17-cr-0044-KJM
United States v. Richardson
Defendant Jamie Richardson's Request to Seal Submitted Documents