UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMIE RICHARDSON,<br><br>                Defendant. | No. 2:17-CR-00044-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JAMIE RICHARDSON;

Case No. 2:17-CR-00044-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

                      ___ Unsecured Appearance Bond

                      ___ Appearance Bond with 10% Deposit

                      ___ Appearance Bond with Surety

                      ___ Corporate Surety Bail Bond

    _X_ (Other): Time Served.

Issued at Sacramento, California on __1/9/23__, at __9:15 am__

_____
Kimberly J. Mueller
United States District Judge