HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant-Movant
JAMIE RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:17-cr-0044-KJM-1 |
| Plaintiff, ) | |
| v. ) | REQUEST FOR APPOINTMENT OF |
| ) | COUNSEL AND ORDER |
| JAMIE RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

Defendant Jamie Richardson, by and through the Federal Defender and her attorney, Ann C. McClintock, Assistant Federal Defender, requests appointment of counsel as follows:

[ X ] Federal Defender's Office for the Eastern District of California and its attorney, ANN C. McCLINTOCK;

[ ] CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

This Court imposed a time-served sentence on Mr. Richardson on January 9, 2023. Docket entry no. 308. This Court then relieved previously retained trial counsel, Johnny L. Griffin, III. Id. The Federal Defender had previously been appointed to represent Mr.

Richardson, who financially qualified for appointed counsel. *See* Docket entry no. 2 (appointing counsel on February 28, 2017).

On January 11, 2023, Mr. Richardson contacted the Federal Defender's Office asking for assistance so he could file a notice of appeal and have appointed counsel for his appeal. Mr. Richardson reports that he still financially qualifies for appointed counsel and unable to pay for retained counsel.

To avoid any risk if missing the filing deadline for a notice of appeal, Mr. Richardson asks that the Federal Defender be appointed to represent him for purposes of filing the notice of appeal and, if necessary, for the appeal.

Dated: January 11, 2023          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Ann C. M<sup>c</sup>Clintock*
                                 ANN C. M<sup>c</sup>CLINTOCK
                                 Assistant Federal Defender

                                 Attorney for Defendant
                                 JAMIE RICHARDSON


                        O R D E R

For the good cause shown, the Court GRANTS the request and appoints the Federal Defender and its attorney, Ann C. M<sup>c</sup>Clintock, to represent Mr. Richardson pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

DATED: January 12, 2023.

CHIEF UNITED STATES DISTRICT JUDGE