HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMIE RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JAMIE RICHARDSON,<br><br>    *Defendant.* | No. 2:17-cr-0044 KJM-01<br><br>**SEALING ORDER**<br><br>JUDGE: Hon. Kimberly J. Mueller |

GOOD CAUSE APPEARING, the Clerk is directed to file under seal the closed hearing portion of the transcript of the proceeding in this matter held on April 4, 2022, regarding the status of Mr. Richardson's counsel.  This transcript shall be filed **_under seal_** until further order of the court as it contains confidential attorney-client privileged material. Attorney-client communications are "archetypical examples of material that has traditionally been kept secret for important policy reasons." *Lambright v. Ryan*, 698 F.3d 808, 820 (9th Cir. 2012), *cert. denied*, 123 S. Ct. 2770 (2013).  Therefore, they are not subject to the presumption of public access to judicial records.  *Id.*

    **IT IS SO ORDERED.**

DATED: February 7, 2023

                                                                  CHIEF UNITED STATES DISTRICT JUDGE