HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JAMIE RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00044-KJM |
| Plaintiff, | **ORDER TO ALLOW DEFENSE A COPY OF SEALED TRANSCRIPT OF IN CAMERA HEARING ON APRIL 4, 2022** |
| v. | |
| JAMIE RICHARDSON, | |
| Defendant. | |

Before the Court is Defendant's Motion for a Copy of the Transcript of the Sealed *In Camera* Hearing held April 4, 2022, regarding the status of counsel. Defendant Richardson and his current counsel are entitled to the transcript sought. It is ORDERED that the court reporter shall provide Defendant through his counsel, the Federal Defender and its counsel Assistant Federal Defender Ann C. McClintock, with a copy of the sealed transcript. The transcript shall otherwise remain sealed as required by this Court's order dated February 8, 2023. *See* Docket entry no. 338.

As counsel for Defendant has already arranged for payment, no further order regarding the issue costs is needed.

Dated: March 2, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

-1-